| PROB 22 (Rev. 2/88) | ENTERED ON DOCKET JAN 02 2003 BY DEPUTY | DOCKET NUMBER *(Tran. Court)* 4:98CR00531 SNL |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR02 - 6074 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James Allen 31 Evergreen Farmington, Missouri 63640 | DISTRICT Eastern District of Missouri | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Stephen N. Limbaugh Senior United States District Judge | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 7, 2001 | TO January 31, 2005 |
|---|---|---|---|

| OFFENSE Distribution of Crack Cocaine |
|---|

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"Eastern District of Missouri"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 12/13/02 _Date_ | _Senior United States District Judge_ |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 12/31/02 _Effective Date_ | _United States District Judge_ |
|---|---|

car

United States District Court
for the
Western District of Washington
January 2, 2003

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  3:02-cr-06074

True and correct copies of the attached were mailed by the clerk to the
following:

    United States Probation Office
    US PROBATION OFFICE
    ROOM 1310
    1717 PACIFIC AVE
    TACOMA, WA  98402-3231
    FAX 1-253-593-6378